# Court of Appeals
# of the State of Georgia

ATLANTA, November 26, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0099. IN THE INTEREST OF O. M., A CHILD (MOTHER).**

The mother of minor child O. M. has filed a MOTION FOR EXTENSION OF TIME to file an application for discretionary review of a trial court order that, she claims, denied her motion for a new trial following the termination of her parental rights in February 2025. Because the mother has not provided this Court with file-stamped copies of her motion for a new trial and the trial court order denying that motion, we can neither determine whether the motion for a new trial was timely nor verify the date on which it was denied for the purpose of determining whether her motion for an extension of time is timely. See OCGA § 5-5-40(a) (to be timely, a motion for a new trial must be made "within 30 days of the entry of the judgment on the verdict or entry of the judgment where the case was tried without a jury"). Compare OCGA § 5-6-35(d) (an application for discretionary review must be filed within 30 days of entry of the order or judgment sought to be appealed), with Ga. Ct. App. R. 16(c) ("The request for an extension must be made prior to the expiration of the period for filing as originally prescribed."). Moreover, the mother seeks a 40-day extension, in violation of Court of Appeals Rule 16(c), which provides that "the extension will not exceed the time otherwise allowed for the filing of an application." See OCGA § 5-6-35(d). Consequently, the mother's motion is hereby DENIED WITHOUT PREJUDICE to her right to file another motion for an extension that is

properly limited in scope and supported by sufficient materials for this Court to determine its timeliness.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___11/26/2025_____*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*